NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERA W. HUANG,**
*Plaintiff-Appellant,*

v.

**MENG YIH HUANG, P. GUILMET, ROBIN LYNCH, GEORGE P. LORDAN, ARTHUR FRAWLEY, LISA GREENBURG, LISA A. JACOBOWITZZ, KIM PHELAN, MI NA HUANG, LEU SO-MEI, WEN-CHIN LEU of Chien-Chuen Plastic Co. Ltd., DR. MARILEA K. MILLER, ERNEST LIN, DR. TUNG, JOSEPH PALEY, MARK BURRELL, DAVID HAZLEWOOD, and DEPUTY TERRY, Salem Family Court,**
*Defendants-Appellees,*

and

**JUDGE EDWARD J. ROCKETT, HONORABLE SEAN DUNPHY, JUDGE SPENCER M. KAGAN, JOHN CRONIN, JUDGE JOHN STEVENS, JR., JUDGE MARY M. MANZI, JUDGE DIGANGI, JUDGE BILLING, JUDGE NANCY STAFFIER HOLTZ, JUDGE BONNIE H. MACLEOD, JUDGE FRANCIS A. MCINTYRE, JUDGE WHITHEAD, JUDGE D. KERMAN, JUDGE IRELAND, JUDGE SPINA, JUDGE CORDY, JOHN DAWLEY, Assistant District Attorney, RALPH FINCH, Assistant Clerk, JUDITH**

BRENNAN, KEVIN JONES, MAGISTRATE TRIPI,
MAGISTATE DORIS STENZIANI,
LILLIAN C. ANDRUSZKIEWICZ, CLERK HOLLIEY
WHITE, JOSEPH LARO, COURT REPORTER,
PROBATION OFFICER SLIVASKI, RUDOLPH
JAWORSKI, CHARLES KAGAN, INSPECTOR
ROBERT FOLEY, INSPECTOR BERNARD CLANCY,
ESSEX COUNTY, MASSACHUSETTS STATE
TREASURY, ATTORNEY GENERAL OF
MASSACHUSETTS, SALEM DISTRICT ATTORNEY,
SALEM SUPERIOR COURT CLERKS, CAMBRIDGE
DISTRICT ATTORNEY, and JUDGE WHITE, Mid-
dlesex Superior Court,
*Defendants-Appellees,*

and

NANCY VANTINE and BURNS & LEVINSON LLP,
*Defendants-Appellees.*

---

2010-1293

---

Appeal from the Untied States District Court for the District of Massachusetts in case no. 07-CV-10435, Judge Joseph L. Tauro.

---

## ORDER

Vera W. Huang moves for an extension of time.

The court notes that this appeal was dismissed on June 11, 2010.

Accordingly,

IT IS ORDERED THAT:

The motion is denied as moot.

FOR THE COURT

<u>JUL 1 6 2010</u>                          <u>/s/ Jan Horbaly</u>
        Date                                Jan Horbaly
                                            Clerk

cc:  Vera W. Huang
     Annapurna Balakrishna, Esq.
     Katy E. Koski, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUL 1 6 2010**

**JAN HORBALY**
**CLERK**